**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF MISSISSIPPI**
**OXFORD DIVISION**

**UNITED STATES OF AMERICA**                                          **PLAINTIFF**

**v.**                                          **CIVIL ACTION NO.  3:23-CV-370-MPM-JMV**

**MERIA BOWEN, INDIVIDUALLY**
**A/K/A BOWEN HOMECARE SERVICES**                          **DEFENDANT**

## CONSENT JUDGMENT

This consent judgment is entered into between the United States of America, acting

through the United States Department of Justice and on behalf of the United States Small

Business Administration ("SBA") (collectively the "United States"), and Defendant Meria

Bowen, Individually a/k/a Bowen Homecare Services.  The parties stipulate and consent to the

entry of judgment in favor of the United States of America against Defendant on the basis of

violations of the False Claims Act, U.S.C. §3729-3733 and the Financial Institutions Reform,

Recovery and Enforcement Act ("FIRREA"), partially codified at 12 U.S.C. § 1833a,  in the sum

of $42,615.48, which sum specifically includes Paycheck Protection Program loans of

$16,782.98 (the amount of the  loan #7601648503, plus interest through the date of forgiveness),

and $20,832.50 (loan #7880628401) and $5,000.00 for the banks' processing fees.  Post

judgment interest shall accrue at the legal rate pursuant to 28 U.S.C. § 1961(a) and shall be

computed daily and compounded annually until paid in full, but without costs to either party.

Defendant agrees that the sum owed, $42,615.48, plus interest, is due and payable in full

immediately and further agrees to pay a separate $402.00 filing fee pursuant to 28 U.S.C. §

2412(a)(2).

Provided, however, execution shall not issue upon this judgment as long as Defendant

Meria Bowen pays to the Department of Justice, through the United States Attorney, 900

Jefferson Avenue, Oxford, Mississippi 38655, an agreed upon minimum monthly payment each

and every month until this judgment is satisfied. The amount of this payment shall be subject to

review and modification not less than annually. This debt shall also be included in the Treasury

Offset Program so that any federal monies owed to Defendant Meria Bowen, Individually a/k/a

Bowen Homecare Services will be credited to her outstanding debt.

IT IS SO ORDERED this the ___8th___ day of ___Nov___ 2023.

_____
UNITED STATES DISTRICT JUDGE

PREPARED BY AND AGREED TO:

CLAY JOYNER
United States Attorney

BY: _____
JOHN E. GOUGH, JR. (MSB #10351)
Assistant United States Attorney
900 Jefferson Avenue
Oxford, Mississippi 38655-3608
Ph: (662) 234-3351
Fax: (662) 234-3318
Email: john.gough@usdoj.gov
*Attorney for Plaintiff United States of America*

AGREED TO:

_____
MERIA BOWEN, Individually
A/K/A BOWEN HOMECARE SERVICES, *Pro Se Defendant*

2